## CIVIL COVER SHEET                                JS 44 (Rev. 10/20)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filings and service of pleadings or other papers as required by law, except as provided by local rules of court.

## I. (a) PLAINTIFFS

Lauren B. Peña, individually and on behalf of all others similarly situated

(b) County of Residence of First Listed Plaintiff: Travis

(c) Pro Se – Lauren B. Peña, 1638 East 2nd Street, Apt. 401, Austin, TX 78702, (512) 318-1700

## II. BASIS OF JURISDICTION

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

(For Diversity Cases Only) – Not applicable

## IV. NATURE OF SUIT

☒ 440 Civil Rights: Other (Disability Access, Housing)
☒ 443 Housing/Accommodations
☒ 444 Welfare
☐ 190 Other Contract
☐ 290 Real Property: Other

## V. ORIGIN

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District
☐ 6. Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing: 42 U.S.C. § 12101 (ADA); 29 U.S.C. § 794 (Rehabilitation Act); 42 U.S.C. § 3601 (Fair Housing Act); 42 U.S.C. § 1983 Brief Description of Cause: Violations of federal disability, housing, and civil rights statutes involving unsafe, discriminatory, and retaliatory practices by public housing entities.

## VII. REQUESTED IN COMPLAINT

☒ Class Action under Fed. R. Civ. P. 23
☒ Demand: Compensatory & Punitive Damages, Injunctive Relief, Attorneys' Fees
☒ Jury Demand: Yes

## VIII. RELATED CASE(S), IF ANY: Case No. 1:25-CV-00866

Date: July 8, 2025

> Lauren B. Peña
> Pro Se Plaintiff and Proposed Class
> Representative
> 1638 East 2nd Street, Apartment 401
> Austin, Texas 78702
> Email:
> lauren@penalegaladvocacy.org
> Phone: (512) 318-1700

## VERIFICATION

**UNITED STATES OF AMERICA**
**WESTERN DISTRICT OF TEXAS**

BEFORE ME, the undersigned authority, personally appeared **Lauren B. Peña**, known to me to be the person whose name is subscribed herein, who, after being duly sworn, stated under penalty of perjury that the above facts are true and correct to the best of her knowledge.

Lauren B. Peña

SUBSCRIBED AND SWORN TO before me on this 8th day of July, 2025.

Notary Public, State of Texas
My Commission Expires: 12/12/2027

Ruby Suarez Barcenas
My Commission Expires
12/12/2027
Notary ID 134678295