**Lauren B. Peña**
1638 East 2nd Street, Apt. 401
Austin, TX 78702
(512) 318-1700
lauren@penalegaladvocacy.org

July 8, 2025

**Clerk of the Court**
United States District Court
Western District of Texas – Austin Division
501 West 5th Street, Suite 1100
Austin, TX 78701

<b>Submission of Complaint and Supporting Documents<br>Lauren B. Peña, et al. v. City of Austin, et al.</b>

Dear Clerk,

Please find enclosed the following documents for filing in the above-referenced matter:

1. Class Action Complaint
2. Civil Cover Sheet (JS-44)
3. Motion for Class Certification
4. Application to Proceed Without Prepayment of Fees or Costs (IFP Application)
5. Proposed Summons for the following Defendants:
   - The City of Austin
   - Housing Authority of the City of Austin

I am the Plaintiff in this case and am filing **pro se**. I respectfully request the issuance of the enclosed summons and that the Court grant my IFP application.

In addition, I respectfully request that the Court provide any reasonable accommodations necessary to assist me in navigating these proceedings. I am a low-income, under-educated individual representing myself without the benefit of legal counsel. As such, I may require extra time, plain-language instructions, or procedural guidance to ensure access to justice in accordance with the Americans with Disabilities Act and relevant court accessibility policies.

Should the Court require any further documentation or information, I may be reached at the contact information listed above. Thank you for your time and attention to this matter.

Sincerely,

**Lauren B. Peña**
Plaintiff, Pro Se
Pro Se Plaintiff and Class Representative
1638 East 2nd Street, Apartment 401
Austin, Texas 78702
Email: lauren@penalegaladvocacy.org
Phone: (512) 318-1700
Dated: July 8, 2025