IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LAUREN B. PEÑA, individually and
as next friend of her minor children,
and on behalf of all others similarly situated,
Plaintiffs,

v.

Civil Action No. 1:25CV01067 ADA

THE CITY OF AUSTIN;
HOUSING AUTHORITY OF THE CITY OF AUSTIN;
and JOHN DOES 1–10, in their official and individual capacities,
Defendants.

# SUMMONS REQUEST

**To be issued to:**

1. **The City of Austin**
   c/o City Attorney's Office
   301 West 2nd Street
   Austin, Texas 78701

2. **Housing Authority of the City of Austin**
   c/o Legal Department
   1124 South IH-35
   Austin, Texas 78704

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Plaintiff requests the Clerk of the Court issue summonses to the above-named Defendants for service.

**Respectfully submitted,**
Lauren B. Peña
Pro Se Plaintiff and Class Representative
1638 East 2nd Street, Apartment 401
Austin, Texas 78702
Email: lauren@penalegaladvocacy.org
Phone: (512) 318-1700
Dated: July 8, 2025

# VERIFICATION

**UNITED STATES OF AMERICA**
**WESTERN DISTRICT OF TEXAS**

BEFORE ME, the undersigned authority, personally appeared **Lauren B. Peña**, known to me to be the person whose name is subscribed herein, who, after being duly sworn, stated under penalty of perjury that the above facts are true and correct to the best of her knowledge.

_____
Lauren B. Peña

SUBSCRIBED AND SWORN TO before me on this 8th day of July, 2025.

_____
Notary Public, State of Texas
My Commission Expires: 12/12/2027

Ruby Suarez Barcenas
My Commission Expires
12/12/2027
Notary ID 134678295