FILED

2025 JUL -8 PM 5:01

**LAUREN B. PEÑA, individually and**
**as next friend of her minor children,**
**and on behalf of all others similarly situated,**
Plaintiffs,

v.

Civil Action No. _____

**THE CITY OF AUSTIN;**
**HOUSING AUTHORITY OF THE CITY OF AUSTIN;**
**and JOHN DOES 1–10, in their official and individual capacities,**
Defendants.

1:25 CV01067ADA

# APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (IFP APPLICATION)

I, **Lauren B. Peña**, declare that I am the plaintiff in this case and that I am unable to pay the costs of these proceedings. I request permission to proceed in this case without prepayment of fees or costs. In support of this request, I state that:

- I am not currently employed and have no steady income.
- I am the mother and sole caregiver of minor children.
- I reside in federally subsidized housing.
- I have no significant assets or savings.
- I rely on limited support for food, medical care, and housing.

I declare under penalty of perjury that the foregoing is true and correct.

**Respectfully submitted,**
Lauren B. Peña
Pro Se Plaintiff and Class Representative
1638 East 2nd Street, Apartment 401
Austin, Texas 78702
Email: lauren@penalegaladvocacy.org
Phone: (512) 318-1700
Dated: July 8, 2025

# VERIFICATION

**UNITED STATES OF AMERICA**
**WESTERN DISTRICT OF TEXAS**

BEFORE ME, the undersigned authority, personally appeared **Lauren B. Peña**, known to me to be the person whose name is subscribed herein, who, after being duly sworn, stated under penalty of perjury that the above facts are true and correct to the best of her knowledge.

_____
Lauren B. Peña

SUBSCRIBED AND SWORN TO before me on this 8th day of July , 2025.

_____
Notary Public, State of Texas
My Commission Expires: 12/12/2027

Ruby Suarez Barcenas
My Commission Expires
12/12/2027
Notary ID 134678295