IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2025 JUL -8 PM 5:02

LAUREN B. PEÑA, individually and on behalf of all others similarly situated,
Plaintiff,

v.

Civil Action No. 1:25CV01067 ADA

THE CITY OF AUSTIN (COA);
HOUSING AUTHORITY OF THE CITY OF AUSTIN (HACA); and
JOHN DOES 1–10,
Defendants.

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Lauren B. Peña respectfully moves this Court to certify the following class:

"All current and former residents, including but not limited to those who are elderly, have disabilities, or reside with a family member who is elderly or has disabilities, in housing operated or subsidized by the Housing Authority of the City of Austin, including affordable housing developments and housing units receiving rental assistance under Section 8 in the City of Austin, who have been subjected to hazardous conditions, denied reasonable accommodations, or retaliated against since the year 2020."

In support of this motion, Plaintiff states:

1. **Numerosity (Rule 23(a)(1))**: The proposed class is so numerous that joinder of all members is impracticable. HACA serves thousands of residents across multiple properties, including vulnerable elderly and disabled individuals.

2. **Commonality (Rule 23(a)(2))**: There are questions of law and fact common to all members of the class, including whether Defendants engaged in a pattern of discrimination, failed to maintain habitable and accessible housing, and retaliated against residents asserting protected rights.

1

3. **Typicality (Rule 23(a)(3))**: Plaintiff's claims are typical of the class because she and her daughter experienced the same systemic harms as other class members, including unsafe conditions, ignored accommodation requests, and failure to access federally required services.

4. **Adequacy (Rule 23(a)(4))**: Plaintiff will fairly and adequately protect the interests of the class. She has demonstrated commitment to advocacy, has no conflicts with the class, and will vigorously pursue relief on behalf of all similarly situated individuals.

5. **Predominance and Superiority (Rule 23(b)(3))**: Common issues of law and fact predominate over individual questions. A class action is the most efficient and fair method to resolve the widespread violations affecting residents.

6. **Injunctive and Declaratory Relief (Rule 23(b)(2))**: Defendants have acted on grounds generally applicable to the class, making declaratory and injunctive relief appropriate for the class as a whole.

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Certify this case as a class action under Rule 23(a), 23(b)(2), and 23(b)(3);
2. Appoint Plaintiff as the Class Representative;
3. Appoint appropriate counsel if necessary; and
4. Grant such other and further relief as the Court deems just and proper.

Dated: July 8, 2025
Respectfully submitted,

Lauren B. Peña
Pro Se Plaintiff and Proposed Class Representative
1638 East 2nd Street, Apartment 401
Austin, Texas 78702
Email: lauren@penalegaladvocacy.org
Phone: (512) 318-1700

2

# VERIFICATION

**UNITED STATES OF AMERICA**
**WESTERN DISTRICT OF TEXAS**

BEFORE ME, the undersigned authority, personally appeared **Lauren B. Peña**, known to me to be the person whose name is subscribed herein, who, after being duly sworn, stated under penalty of perjury that the above facts are true and correct to the best of her knowledge.

_____
Lauren B. Peña

SUBSCRIBED AND SWORN TO before me on this 8th day of July, 2025.

_____
Notary Public, State of Texas
My Commission Expires: 12/12/2027

Ruby Suarez Barcenas
My Commission Expires
12/12/2027
Notary ID 134678295

3