UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAUREN B. PEÑA, INDIVIDUALLY AND AS NEXT FRIEND TO HER MINOR CHILDREN, and on behalf of others similarly situated,<br>　　*Plaintiffs,*<br><br>v.<br><br>THE CITY OF AUSTIN, ET AL,<br>　　*Defendants.* | §§§§§§§§§§§§§ | 1: 25-CV-01067-ADA-DH |

### ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 5. The report and recommendation examined Plaintiffs' claims and recommended the undersigned **DISMISS WITH PREJUDICE** Peña's cause of action against Defendants with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and **DISMISS** Peña's remaining pending motions as **MOOT.** Judge Howell issued the report and recommendation on September 11, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the

magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 5) is **ADOPTED**. Plaintiffs' cause of action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) and Peña's remaining pending motions are **DISMISSED AS MOOT.**

Accordingly, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED** on October 28, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE